UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LYNN BRIGGS,<br>          Plaintiff,<br>    v.<br>CITY OF PITTSBURG, et al.,<br>          Defendants. | Case No. 24-cv-07438-EMC<br><br>**DISMISSAL ORDER**<br><br>Docket No. 1 |

Plaintiff Ronnie Lynn Briggs filed the instant civil rights action under 42 U.S.C. § 1983 raising several claims against Defendants on October 25, 2024. Dkt. No. 1. On that date, the Clerk sent notice to Mr. Briggs that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and notified him that he had 28 days to either pay the fee or file the application in order to avoid dismissal. Dkt. No. 2.

Mr. Briggs did not file an *in forma pauperis* application or pay the fee, and the deadline by which to do so has long passed. The action is therefore **DISMISSED** without prejudice. The Clerk of the Court shall close the file.

**IT IS SO ORDERED**.

Dated: January 10, 2025

_____
EDWARD M. CHEN
United States District Judge